# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIBANK N.A.,<br>Plaintiff,<br>v.<br>MELISSA THOMAS, et al.<br>Defendants. | Case No. 1:26-cv-07316-JLT-SAB<br>New Case No. 1:26-cv-07316-JLT-EGC<br><br>ORDER OF RECUSAL |

It appears to the undersigned, the Magistrate Judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. § 455 is appropriate in this matter. The Clerk's Office has randomly selected an alternative Magistrate Judge to be assigned to this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The undersigned recuses himself as the Magistrate Judge to whom this case is assigned;
2. This case shall be reassigned to the docket of United States Magistrate Judge Erin Guy Castillo by the Clerk's Office;
3. The new case number shall be:

   1:26-cv-07316-JLT-EGC

   and all future pleadings and/or correspondence must be so numbered. The parties

are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

IT IS SO ORDERED.

Dated: **September 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge